# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2010

142282 & (13)(14)(15)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDOLPH SCOTT, JR.,
      Defendant-Appellant.

SC: 142282
COA: 301432
Berrien CC: 2009-016576-FY

_____/

On order of the Court, the motions for immediate consideration and to waive the requirements of MCR 7.209 are GRANTED. The application for leave to appeal the December 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2010

_____
Clerk

p1221